# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-06010-01-CR-SJ-BP |
| | ) | |
| COREY ANDREW BARR, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM OF MATTERS DISCUSSED AND
### ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On June 26, 2018, the Grand Jury returned a one-count Indictment charging that on or about January 31, 2017, in the Western District of Missouri, the Defendant, Corey Andrew Barr, having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government:  Emily A Morgan and Joseph M. Marquez
      Case Agent:  Shawn Collie
      Defense:   Laine T Cardarella, Allison English and Preston Jones

**OUTSTANDING MOTIONS**:

Government may have an additional motion in limine and Defense Counsel will also have at least one motion in limine they plan on filing.

| 03/01/2019 | view40 | MOTION in limine *to Admit Rule 404(b) Evidence* by USA as to Corey Andrew Barr. Suggestions in opposition/response due by 3/15/2019 unless otherwise directed by the court. (Morgan, Emily) (Entered: 03/01/2019) |
|---|---|---|

Report and Recommendation filed February 25, 2019 on the motion below:

| 09/17/2018 | view12 | MOTION to suppress *statements and evidence* by Corey Andrew Barr. Suggestions in opposition/response due by 10/1/2018 unless otherwise directed by the court. (Attachments: # 1 Exhibit A)(Cardarella, Laine) (Entered: 09/17/2018) |
|---|---|---|

**TRIAL WITNESSES**:
     Government:  2-3 without stipulations
     Defendants:    2 witness, does not include the Defendant

**TRIAL EXHIBITS**
     Government:  approximately 10-15 exhibits
     Defendant:    no more than 7 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
     ( ) Definitely for trial; (x) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 1 ½ to 2 days total**
     Government's case including jury selection: 1 ½  day(s)
     Defense case: ½  day(s)

**STIPULATIONS**: Defendant will be asking for an *Old Chief* stipulation.  Government is not in agreement with the stipulation.

**UNUSUAL QUESTIONS OF LAW:**  none

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: Witness and Exhibit lists filed February 28, 2019.
            **Updated list due on or before March 12, 2019.**
       Defense: Proposed Witness list filed February 28, 2019; Proposed Exhibit list filed March 5, 2019
           **Updated list due on or before March 12, 2019.**

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions:  Due by noon, Wednesday, March 20, 2019.**

    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** One or both parties is/are considering a motion in limine regarding co-defendant and prior convictions.  **Motions in Limine due on or before March 20, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for March 25, 2019.

    **Please note:** Defense counsel requests first week of the docket as she is travelling the second week of the docket for a work conference.

**IT IS SO ORDERED.**

                                            */s/ Lajuana M. Counts*
                                            LAJUANA M. COUNTS
                                            UNITED STATES MAGISTRATE JUDGE